# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

| | | |
|---|---|---|
| In re: Ruis, Bobby Glenn | § | Case No. 11-40120TLH4 |
| Ruis, Janice L. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

SHERRY CHANCELLOR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$155,020.00_             Assets Exempt: _$35,869.33_
*(without deducting any secured claims)*

Total Distribution to Claimants:$1,625.48             Claims Discharged
                                                      Without Payment: $84,460.19

Total Expenses of Administration:$1,224.21

3) Total gross receipts of $     2,849.69     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $2,849.69 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $243,991.09 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,224.21 | 1,224.21 | 1,224.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 2,432.68 | 2,432.68 | 1,625.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,361.76 | 38,144.23 | 38,144.23 | 0.00 |
| **TOTAL DISBURSEMENTS** | $308,352.85 | $41,801.12 | $41,801.12 | $2,849.69 |

4) This case was originally filed under Chapter 7 on February 21, 2011. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2013_____   By: _/s/SHERRY CHANCELLOR_____
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 357 Rifle and camping gear | 1129-000 | 350.00 |
| 1995 Jeep CJ7 with 120,000 miles | 1129-000 | 1,000.00 |
| Sand rail VW cart assembled from parts | 1129-000 | 1,499.66 |
| Interest Income | 1270-000 | 0.03 |
| **TOTAL GROSS RECEIPTS** | | **$2,849.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Vericrest Financial | 4110-000 | 121,280.67 | N/A | N/A | 0.00 |
| NOTFILED | Vericrest Financial | 4110-000 | 121,280.97 | N/A | N/A | 0.00 |
| NOTFILED | Hartsfield Woods Homeowners | 4110-000 | 1,429.45 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$243,991.09** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHERRY CHANCELLOR | 2100-000 | N/A | 712.42 | 712.42 | 712.42 |
| SHERRY CHANCELLOR | 2200-000 | N/A | 111.79 | 111.79 | 111.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,224.21 | $1,224.21 | $1,224.21 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Internal Revenue Service | 5800-000 | 1,000.00 | 2,432.68 | 2,432.68 | 1,625.48 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,000.00 | $2,432.68 | $2,432.68 | $1,625.48 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL REGIONAL MEDICAL CENTER | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| 3 | CAPITAL REGIONAL MEDICAL CENTER | 7100-000 | 125.00 | 250.00 | 250.00 | 0.00 |
| 4 | Flag Cr Union | 7100-000 | N/A | 13,752.44 | 13,752.44 | 0.00 |
| 5 | Anesth Assoc Of Tallahassee | 7100-000 | 144.00 | 256.32 | 256.32 | 0.00 |
| 6 | American Express Travel Related Services Co Inc | 7100-000 | 121.00 | 121.83 | 121.83 | 0.00 |
| 7 | Asset Acceptance Llc | 7100-000 | 825.00 | 837.62 | 837.62 | 0.00 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 6,151.00 | 6,151.84 | 6,151.84 | 0.00 |
| 9U | Internal Revenue Service | 7100-000 | N/A | 766.87 | 766.87 | 0.00 |
| 10 | CitiFinancial, Inc | 7100-000 | 3,845.00 | 3,845.18 | 3,845.18 | 0.00 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | 1,621.00 | 1,621.49 | 1,621.49 | 0.00 |
| 12 | LVNV Funding LLC its successors and assigns as | 7100-000 | 628.00 | 665.61 | 665.61 | 0.00 |
| 13 | Roundup Funding, LLC | 7100-000 | N/A | 1,345.49 | 1,345.49 | 0.00 |
| 14 | eCAST Settlement Corp | 7100-000 | N/A | 3,885.92 | 3,885.92 | 0.00 |
| 15 | American InfoSource LP as agent for | 7100-000 | 4,393.00 | 4,393.62 | 4,393.62 | 0.00 |
| NOTFILED | Nco Fin/33 | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/33 | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/33 | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/51 | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/33 | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/33 | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Ad | 7100-000 | 272.00 | N/A | N/A | 0.00 |

| NOTFILED | Marquette Cons/First I | 7100-000 | 664.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Merchants Assoc Cool D | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | National Credit Soluti | 7100-000 | 239.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Serv | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 47.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Serv | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Serv | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Svcs | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Svcs | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Tridentasset.Com | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Rmi/Mcsi | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Svcs | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collection Serv | 7100-000 | 884.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Serv | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Svcs | 7100-000 | 234.00 | N/A | N/A | 0.00 |
| NOTFILED | Providian Bank | 7100-000 | 2,859.76 | N/A | N/A | 0.00 |
| NOTFILED | Wakefield & Associat | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Zenith Acquisition | 7100-000 | 3,786.00 | N/A | N/A | 0.00 |
| NOTFILED | M J Altman Companies I | 7100-000 | 641.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Serv | 7100-000 | 34.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Credit Serv | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Flag Mc | 7100-000 | 18,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate Inc | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services I | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Flag Cr Union | 7100-000 | 5,484.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/American Honda | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fst Premier | 7100-000 | 193.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Certified Services Inc | 7100-000 | 353.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Caine & Weiner | 7100-000 | 226.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 5,296.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Ctb | 7100-000 | 2,972.00 | N/A | N/A | 0.00 |
| NOTFILED | Crd Prt Asso | 7100-000 | 197.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Bur Ft Walt | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Hollis Cobb | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $63,361.76 | $38,144.23 | $38,144.23 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-40120TLH4 | **Trustee:** (290720) SHERRY CHANCELLOR |
| **Case Name:** Ruis, Bobby Glenn | **Filed (f) or Converted (c):** 02/21/11 (f) |
| Ruis, Janice L. | **§341(a) Meeting Date:** 03/28/11 |
| **Period Ending:** 07/23/13 | **Claims Bar Date:** 06/30/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2644 Hartsfield Drive, Tallahassee, Flo, family Net to estate may be less than indicated here. | 153,000.00 | Unknown | | 0.00 | FA |
| 2 | Ten dollars | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at TMH Federal Credit Union, Ta | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Living room, couch, 5 chairs, table, lamp, radio | 1,710.00 | 0.00 | | 0.00 | FA |
| 5 | Casual clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding rings and costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7 | 357 Rifle and camping gear | 400.00 | 220.00 | | 350.00 | FA |
| 8 | 1995 Jeep CJ7 with 120,000 miles | 3,025.00 | 0.00 | | 1,000.00 | FA |
| 9 | Sand rail VW cart assembled from parts | 1,500.00 | 1,499.66 | | 1,499.66 | FA |
| 10 | ***AMENDED*** Lawsuit of Debtor Bobby Glenn Ruis | Unknown | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.03 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$159,945.00** | **$1,719.66** | | **$2,849.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reserved interest in lawsuit

**Initial Projected Date Of Final Report (TFR):**    June 12, 2012          **Current Projected Date Of Final Report (TFR):**    December 10, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-40120TLH4 | | Trustee: | SHERRY CHANCELLOR (290720) |
|---|---|---|---|---|
| Case Name: | Ruis, Bobby Glenn | | Bank Name: | The Bank of New York Mellon |
| | Ruis, Janice L. | | Account: | 9200-******57-65 - Checking Account |
| Taxpayer ID #: | **-***2976 | | Blanket Bond: | $10,870,000.00  (per case limit) |
| Period Ending: | 07/23/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/11 | {7} | Debtor | payment | 1129-000 | 259.66 | | 259.66 |
| 05/11/11 | | Debtor | payment | | | 237.50 | 497.16 |
| | {7} | | 90.34 | 1129-000 | | | 497.16 |
| | {8} | | 147.16 | 1129-000 | | | 497.16 |
| 06/29/11 | {8} | Debtor | payment | 1129-000 | 237.50 | | 734.66 |
| 07/20/11 | {8} | Debtor | payment | 1129-000 | 237.50 | | 972.16 |
| 08/17/11 | {8} | Debtor | payment | 1129-000 | 237.50 | | 1,209.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,184.66 |
| 09/29/11 | | Debtor | payment | | | 237.50 | 1,422.16 |
| | {8} | | 140.34 | 1129-000 | | | 1,422.16 |
| | {9} | | 97.16 | 1129-000 | | | 1,422.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,397.16 |
| 10/31/11 | {9} | Debtor | payment | 1129-000 | 5.00 | | 1,402.16 |
| 10/31/11 | {9} | Debtor | payment | 1129-000 | 232.50 | | 1,634.66 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,609.66 |
| 11/16/11 | {9} | Debtor | payment | 1129-000 | 237.50 | | 1,847.16 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,847.17 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,822.17 |
| 12/16/11 | {9} | Debtor | payment | 1129-000 | 237.50 | | 2,059.67 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,059.68 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,034.68 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,034.69 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,009.69 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,984.69 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,959.69 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,934.69 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,909.69 |
| 06/01/12 | {9} | Debtor | payment | 1129-000 | 200.00 | | 2,109.69 |
| 06/14/12 | {9} | Debtor | payment | 1129-000 | 100.00 | | 2,209.69 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,184.69 |
| 07/10/12 | {9} | Debtor | payment | 1129-000 | 290.00 | | 2,474.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,449.69 |
| 08/01/12 | {9} | Debtor | payment | 1129-000 | 100.00 | | 2,549.69 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,524.69 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,499.69 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,474.69 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,449.69 |
| | | | Subtotals : | | $2,849.69 | $400.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-40120TLH4 | | Trustee: | SHERRY CHANCELLOR (290720) |
|---|---|---|---|---|
| Case Name: | Ruis, Bobby Glenn | | Bank Name: | The Bank of New York Mellon |
| | Ruis, Janice L. | | Account: | 9200-******57-65 - Checking Account |
| Taxpayer ID #: | **-***2976 | | Blanket Bond: | $10,870,000.00  (per case limit) |
| Period Ending: | 07/23/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,424.69 |
| 01/07/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 2,449.69 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029072088 20130110 | 9999-000 | | 2,449.69 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 2,849.69 | 2,849.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,449.69 | |
| | | | **Subtotal** | | **2,849.69** | **400.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,849.69** | **$400.00** | |

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-40120TLH4 | |
| **Case Name:** | Ruis, Bobby Glenn | |
| | Ruis, Janice L. | |
| **Taxpayer ID #:** | **-***2976 | |
| **Period Ending:** | 07/23/13 | |

| | |
|---|---|
| **Trustee:** | SHERRY CHANCELLOR (290720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****290465 - Checking Account |
| **Blanket Bond:** | $10,870,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,449.69 | | 2,449.69 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,439.69 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,429.69 |
| 03/25/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -20.00 | 2,449.69 |
| 05/29/13 | 11001 | Internal Revenue Service | Dividend paid  66.81% on $2,432.68; Claim# 9P; Filed: $2,432.68; Reference: | 5800-000 | | 1,625.48 | 824.21 |
| 05/29/13 | 11002 | SHERRY CHANCELLOR | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 824.21 | 0.00 |
| | | | Dividend paid 100.00%          712.42 on $712.42;  Claim# ; Filed: $712.42 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          111.79 on $111.79;  Claim# ; Filed: $111.79 | 2200-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,449.69** | **2,449.69** | **$0.00** |
| Less: Bank Transfers | 2,449.69 | 0.00 | |
| **Subtotal** | **0.00** | **2,449.69** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$2,449.69** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******57-65** | **2,849.69** | **400.00** | **0.00** |
| **Checking # ****290465** | **0.00** | **2,449.69** | **0.00** |
| | **$2,849.69** | **$2,849.69** | **$0.00** |

{} Asset reference(s)

Printed: 07/23/2013 11:09 AM    V.13.13